UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY DARNELL JONES,

    Plaintiff,

v.                                                    Case No. 2:04-cv-265
                                                      HON. GORDON J. QUIST

GEORGE J. PRAMSTALLER, et al.,

    Defendants.

_____/

**ORDER DENYING APPEAL
OF MAGISTRATE JUDGE'S ORDER**

        Plaintiff has filed an appeal (Docket # 51) of an order issued by Magistrate Judge Greeley on March 23, 2005. That order denied plaintiff's motion for entry of default and for reconsideration.

        A magistrate judge's resolution of a nondispositive pretrial matter should be modified or set aside on appeal only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). A finding is clearly erroneous when, although there is evidence to support it, the reviewing court is left with a definite and firm conviction that a mistake has been committed. United States v. Gypsum Co., 333 U.S. 364, 395, 68 S. Ct. 525, 542 (1948).

        Upon review of the order, the Court finds no error. The order of the Magistrate Judge is therefore not erroneous. Accordingly, the order of the magistrate judge is hereby AFFIRMED.

Dated: April 22, 2005                                      /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                               UNITED STATES DISTRICT JUDGE