UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY DARNELL JONES,

    Plaintiff,

v.         Case No. 2:04-cv-265
    HON. GORDON J. QUIST

GEORGE J. PRAMSTALLER, et al.,

    Defendants.
_____/

**OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S**
**<u>REPORT AND RECOMMENDATION</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 13, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff is not entitled to the extraordinary relief of a temporary restraining order or preliminary injunction. Plaintiff has failed in his burden of establishing that injunctive relief is necessary at this time.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #165) is approved and adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion For an Immediate Order For a Temporary Restraining Order and Preliminary Injunction on Denial of Access to the Courts (Docket

#160) and Motion to Vacate and Void December 10, 1985, Criminal Judgment (Docket #161) are

DENIED.

       IT IS FURTHER ORDERED that Plaintiff's Motion for Reconsideration (Docket

#153) is DENIED AS MOOT.


Dated:  October 15, 2007        /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE