UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY DARNELL JONES,

    Plaintiff,

v.                                        Case No. 2:04-cv-265
                                            HON. GORDON J. QUIST

LARRY CARLYON, M.D., et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order issued herewith,

IT IS HEREBY ORDERED that Defendant Carlyon's motion for summary judgment (Docket #203) is GRANTED and this case is DISMISSED in its entirety.

IT IS FURTHER ORDERED that plaintiff's motions for summary judgment (Docket #166 and #187), motion for extra typewriter time (Docket #177), motion for extension of time to reply to answer and limit depositions (Docket #180), motion for extension of time to complete discovery (Docket #195), motion for leave to file newspaper article (Docket #201), motion to stay and for reconsideration (Docket #207), motion for order to deny defendant Carlyon's reply to plaintiff's response to defendant's motion for summary judgment (Docket #218), and motion for investigation (Docket #221), and defendant's motion for extension of time to reply (Docket #199) are DENIED.

FINALLY, IT IS ORDERED that the Court can discern no good-faith basis for an appeal. Accordingly, an appeal of this action would not be taken in good faith.

Dated: March 26, 2008                                                         /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE